sponsibility of a member of the bar who advises him in open court and in the presence of his client that a jury is to be waived. In circumstances almost precisely similar to the case at bar, this court has held that the jury waiver was understandingly made. *People v. Johnson*, 121 Ill.App.2d 97 (General No. 53577, opinion filed February 16, 1970), 257 N.E.2d 121. See also *People v. McClinton* (1972), 4 Ill.App.3d 253.

The judgment appealed from is affirmed.

Judgment affirmed.

BURKE and LYONS, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT P. JOHNSON, Defendant-Appellant.

(No. 55624;

First District—March 20, 1972.

Gerald W. Getty, Public Defender, of Chicago, (Elliot M. Samuels and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Michael R. Epton, Assistant State's Attorneys, of counsel,) for the People.